445 A.2d 211

Commonwealth v. Hackney, Appellant.
Petition for Allowance of Appeal Denied Sept. 30, 1982.

Submitted February 1, 1982. Douglas M. Johnson, Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence imposed April 30, 1981 is affirmed.

445 A.2d 212

Commonwealth v. Handwerk, Appellant.
Petition for Allowance of Appeal Denied Sept. 17, 1982.

Argued May 6, 1981. Richard J. Orloski, for appellant; Michael E. Moyer, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and LIPEZ, JJ.

Order affirmed.